June D. Coleman - 191890
Jeffrey E. Levine - 255862
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
jcoleman@ecplslaw.com
jlevine@ecplslaw.com

Attorneys for
DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| SUNILA SHARMA-SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICE,<br><br>    Defendant. | Case No.: C08-04618 RMW<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION<br><br>DATE:    June 4, 2009<br>TIME:    10:00 a.m.<br>MEDIATOR: Gregory D. Walker |

    Good cause existing, the Court hereby grants defendant's request for permission to appear at the mediation by telephone and hereby excuses defendant's insurance representative from personal appearance at the mediation session scheduled for June 4, 2009. Defendant's insurance representative is required to be immediately available by telephone for the duration of the mediation.

    IT IS SO ORDERED.

Date: 5-19-, 2009

_____
Magistrate Judge Wayne D. Brazil
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION