```
1  June D. Coleman - 191890
   Jeffrey E. Levine - 255862
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
6  Attorneys for
   DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.          *E-FILED - 8/25/09*
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNILA SHARMA-SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICE,<br><br>    Defendant. | Case No.:  C08-04618 RMW<br><br>[=========] **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

[=========] ORDER

GOOD CAUSE EXISTING, the Court grants the parties Stipulation of Dismissal with Prejudice.

Dated:  8/25/09

_Ronald M. Whyte_
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

- 1 -

========= ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I, Bonnie Currie, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 13, 2009, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Nicholas Bontrager<br>Krohn & Moss<br>10474 Santa Monica Blvd.<br>Suite 401<br>Los Angeles, CA 90025 | Attorneys for<br>PLAINTIFF SUNILA SHARMA-SINGH |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 13, 2009.

By . _____/s/ Bonnie Currie_____
       Bonnie Currie